# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Seizure of<br><br>Any and all funds in U.S. Bank Account 153757051427 in the name of Uplifting Behavioral Health, LLC., located at 2820 W. Charleston Boulevard Las Vegas, NV 89102 | 2:18-MJ-169-GWF<br><br>**Sealed Order** |

The United States' Sealed Ex Parte Motion for Limited Unsealing is **GRANTED** for the purpose of providing the civil forfeiture seizure warrant affidavit for criminal discovery.

IT IS FURTHER ORDERED that the case will remain sealed.

Dated: October 14, 2022.

_____
UNITED STATES MAGISTRATE JUDGE